Name & Address:Craig R. Smith ( #180338)
Smith Law Firm, APLC
21550 Oxnard Street, Suite 760
Woodland Hills, California 91367
Tel: 818-703-6057 / Fax: 818-703-6058
csmith@smithlf.com

FOR OFFICE USE ONLY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASBIR SANGHA <br><br><br> PLAINTIFF(S) <br><br> v. <br><br> MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL (see attachment) <br><br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV-11-06970-RGK(VBKx) <br><br><br><br> **SUMMONS** |

TO:     DEFENDANT(S): MEHUL PATEL aka MIKE PATEL; CHIRAG PATEL aka CHUCK PATEL; JAGMOHAN DHILLON; DHILLON MANAGEMENT, INC, a California Corporation (see attached)

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☐ complaint ☑   FIRST   amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney,  Craig R. Smith, Smith Law Firm     , whose address is  21550 Oxnard Street, Suite 760, Woodland Hills, California  91367     . If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: SEP 1 6 2011

By: _____

**SHEA BOURGEOIS**

Deputy Clerk

(Seal of the Court)

SEAL

FOR OFFICE USE ONLY

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

# ATTACHMENT TO SUMMONS

## *JASBIR SANGHA V. V. MEHUL PATEL, ET AL.*
## CASE NO.: CV11-06970 RGK(VBKx)

**ADDITIONAL DEFENDANTS:**  JAGMOHAN DHILLON; DHILLON MANAGEMENT, INC., a California corporation; DHILLON, INC., a Texas corporation; DHILLON GROUP, LLC, a Texas limited liability company; HARMINDER DHILLON; GURENDER S. SAHANI; TARLOCHAN S. KATARIA; NEW HOPE HOSPITALITY, LLC, STARLITE HOTELS, LLC, a Texas limited partnership; NEWCREST HOTELS, LTD, a Texas limited partnership; CORSICANA LODGING, LLC, a Texas limited liability company; and DOES 1 through 10, inclusive

**CONTINUED:**

**TO:** **DEFENDANTS:** DHILLON, INC., a Texas corporation; DHILLON GROUP, LLC, a Texas limited liability company; HARMINDER DHILLON; GURENDER S. SAHANI; TARLOCHAN S. KATARIA; NEW HOPE HOSPITALITY, LLC, STARLITE HOTELS, LLC, a Texas limited partnership; NEWCREST HOTELS, LTD, a Texas limited partnership; CORSICANA LODGING, LLC, a Texas limited liability company; and DOES 1 through 10, inclusive,